UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEUNESSE GLOBAL HOLDINGS, LLC, a
Florida Limited Liability Company,

    Plaintiff,                                          Case No.: 6:18-cv-822-ORL-400-JK

v.

CRISTOFER JUSTIN, individually,
and RUTH JUSTIN, individually,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, Jeunesse Global Holdings, LLC, by and through its undersigned counsel and pursuant to Local Rule 3.03 and this Court's Order [D.E. 14], notifies the Court that the case has settled. A notice of dismissal of this action with prejudice with the parties to bear their own attorney's fees and costs will be filed shortly.

Dated this 31st day of January 2019.

                                                               *s/ Christina Bredahl Gierke*
                                                                CHRISTINA BREDAHL GIERKE
                                                                FBN: 0055462
                                                                COLE, SCOTT & KISSANE, P.A.
                                                                Tower Place, Suite 400
                                                                1900 Summit Tower Blvd.
                                                                 Orlando, Florida 32810
                                                                 E-Mail: christina.gierke@csklegal.com
                                                                 Telephone: (321) 972-0025
                                                                 Facsimile: (321) 972-0099
                                                                 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2019, I filed the foregoing with the Clerk of Court via the CM/ECF system. A copy was also served upon:

1

2

Evan R Krakower P A
10061 NW 1st Ct
Plantation, FL 33324-7006
evanrkrakowerpa@yahoo.com

*s/ Christina Bredahl Gierke*
Christina Bredahl Gierke