**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEUNESSE GLOBAL HOLDINGS, LLC,**

        **Plaintiff,**

**v.**                                                                 Case No:   6:18-cv-822-Orl-40GJK

**CRISTOFER JUSTIN and RUTH JUSTIN,**

        **Defendants.**

## ORDER

This cause comes before the Court on review of Plaintiff's Notice of Voluntary Dismissal with Prejudice (Doc. 18) filed February 1, 2019, 2016.  The notice is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Circ. 1990) (per curiam).  The Clerk is **DIRECTED** to close the file.

**DATED** in Orlando, Florida, this 4th day of February 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party